**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00087-CR

### AARON ANTHONY BROICH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80646-2012**

## ORDER

The Court **GRANTS** appellant's July 19, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE